# EXHIBIT A



**Service of Process Transmittal**
02/18/2020
CT Log Number 537217064

| | |
|---|---|
| **TO:** | JUUL LABS<br>JUUL LABS, INC.<br>560 20TH ST<br>SAN FRANCISCO, CA 94107-4344 |
| **RE:** | Process Served in California |
| **FOR:** | Juul Labs Inc  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JAMES CARTER BOLING, PLTF. vs. JUUL LABS. INC., DFT. |
| **DOCUMENT(S) SERVED:** | COMPLAINT, SUMMONS |
| **COURT/AGENCY:** | FAYETTE COUNTY CIRCUIT COURT, KY<br>Case # 20CI00560 |
| **NATURE OF ACTION:** | Product Liability Litigation - Tobacco - JUUL |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/18/2020 postmarked on 02/13/2020 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day this paper is delivered to you |
| **ATTORNEY(S) / SENDER(S):** | THOMAS K. HERREN<br>HERRFN LAW, PLLC<br>148 N. Broadway<br>Lexington, KY 40507<br>859-254-0024 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/19/2020, Expected Purge Date: 02/24/2020<br><br>Image SOP<br><br>Email Notification,  JUUL LABS  sop@juul.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>208 LaSalle Ave<br>Suite 814<br>Chicago, IL 60604 |
| **For Questions:** | 866-539-8692<br>CorporationTeam@wolterskluwer.com |

Page 1 of  1 / SV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.





Vincent Riggs, Fayette Circuit Clerk
120 N. Limestone, Room C-103
Lexington, KY 40507-1152

JUUL LABS, INC.
C/O CT CORPORATION SYSTEM
818 WEST SEVENTH STREET, SUITE 930
LOS ANGELES, CA 90017



# KCOJ eFiling Cover Sheet

Case Number: 20-CI-00560

Envelope Number: 2230981

Package Retrieval Number: 223098115840985@00000897253

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.35

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **20-CI-00560**<br>Court:   **CIRCUIT**<br>County: **FAYETTE** |

*Plantiff,* **BOLING, JAMES CARTER VS. JUUL LABS, INC.**, *Defendant*

TO:  **JUUL LABS, INC.**
    **C/O CT CORPORATION SYSTEM**
    **818 WEST SEVENTH STREET, SUITE 930**
    **LOS ANGELES, CA 90017**

Memo: Related party is JUUL LABS, INC.

The Commonwealth of Kentucky to Defendant:
**JUUL LABS, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Vincent Riggs*
Fayette Circuit Clerk
Date: **2/11/2020**

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20____         Served By _____

                                  Title _____

---

Summons ID: 22309811584098S@00000897253
CIRCUIT: 20-CI-00560 Certified Mail
BOLING, JAMES CARTER VS. JUUL LABS, INC.



Page 1 of 1

**eFiled**

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
CIVIL BRANCH
___ DIVISION
CIVIL ACTION NO. _____

*Electronically Filed*

JAMES CARTER BOLING                                                               PLAINTIFF

V.                              **COMPLAINT**

JUUL LABS, INC.                                                          DEFENDANT

\* \* \* \* \* \* \*

Comes the plaintiff, James Carter Boling, by and through counsel, and for his cause of action, states:

1. Plaintiff, James Carter Boling, is a resident of Fayette County, Kentucky.

2. Defendant, Juul Labs, Inc., is a foreign corporation with its headquarters located at 560 20th Street, San Francisco, California 94107, authorized and doing business in the Commonwealth of Kentucky. Its agent for service of process is: CT Corporation System, 818 West Seventh Street, Suite 930, Los Angeles, California 90017.

3. Defendant, Juul Labs, Inc., is a Delaware corporation, authorized and doing business in the Commonwealth of Kentucky. Its agent for service of process is: CT Corporation System, 120 S. Central Avenue, Clayton, Missouri 63105.

4. The defendant designed, manufactured, distributed, marketed to young adults and failed to warn of the dangers of its JUUL e-cigarette.

5. Plaintiff has been exposed to extensive amounts of nicotine and toxic vapors through use of the JUUL product from approximately July 2019 – January, 2020, the culmination of which was on or about January 9, 2020 – January, 2020, he was hospitalized in intensive care with severe pulmonary injury, acute respiratory failure.

6. Defendant should be held strictly liable as the designer, manufacturer, marketer, distributer and seller of JUUL e-cigarettes which are unreasonably dangerous to expected users.

7. Defendant designed, manufactured, marketed to young adults and distributed the JUUL e-cigarettes in such a manner that it created an unreasonable risk of physical harm and injury; this negligence included, but was not limited to, improper and dangerous design, testing, inspection, distribution and marketing to young adults.

8. Defendant unreasonably failed to warn of the known and foreseeable hazards of the use of JUUL e-cigarettes, both before and after the sale of them.

9. Defendant's conduct violated the Kentucky Consumer Act as misleading, deceptive, etc.

10. Defendant's conduct violated the federal RICO Act.

11. The injuries to the plaintiff were directly and proximately caused by the actions and omissions of the defendant.

12. As a direct and proximate result of the injuries to the plaintiff, which are permanent and disabling in nature, he is entitled to recover medical, hospital, nursing and rehabilitation care expenses, both in the past and throughout his lifetime; physical pain and mental suffering, both past and future; lost wages and permanent impairment of his power to earn income.

WHEREFORE, plaintiff, James Carter Boling, demands judgment against the defendant in a sum in excess of any jurisdictional amount of this Court, pre-judgment and post-judgment

2

interest, attorneys' fees, costs herein expended, trial by jury and any and all other relief to which he may appear entitled.

Respectfully submitted,

HERREN LAW, PLLC
148 N. Broadway
Lexington, KY 40507
(859) 254-0024
(859) 254-5991 (fax)
tom.herren@herrenadams.com

/s/ *Thomas K. Herren*
THOMAS K. HERREN
ATTORNEY FOR PLAINTIFF

c:\documents\tkh\pldgs\bol672.com.docx

3